## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-3315 CAS (MANx) | Date | March 5, 2010 |
|---|---|---|---|
| Title | INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA ET AL V. SANDRA SHEWRY | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(Chambers:) RESPONDENT'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF RESPONDENT'S MOTION TO STAY THE TRIAL COURT PROCEEDINGS**

On March 3, 2010, respondent filed an ex parte application for order shortening time for notice of his motion to stay the trial court proceedings. The Court finds no good cause shown to shorten time. Accordingly, the Court DENIES respondent's ex parte application.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |