UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 08-3315 CAS (MANx) | Date | September 22, 2014 |
|---|---|---|---|
| Title | *INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA; ET AL v. TOBY DOUGLAS* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Lynn Carman
Stanley Friedman

Attorneys Present for Defendants:

Susan Carson

Attorneys Present for Intervnors:

Lloyd Bookman

**Proceedings:**   MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT (Filed August 19, 2014)[417]

Hearing held and counsel are present. The Court confers with counsel. The Court grants the above-referenced motion. The Court will issue the Proposed Order Granting Joint Motion for Approval of Settlement Agreement forthwith.

|  | 00 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |