# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, et al., <br><br> Petitioners, <br><br> v. <br><br> MICHELLE BAASS, Director of Department of Health Care Services of the State of California, <br><br> Respondent. | Case No. 2:08cv03315-CAS(MANx) <br><br> **JUDGMENT** |

On April 5, 2021, the Ninth Circuit Court of Appeals issued its Memorandum Decision (Ninth Circuit Case No. 20-55193) in which the Court awarded attorneys' fees in the amount of $8,194,458.00 to the Law Offices of Stanley L. Friedman for the period from the commencement of this case through October 31, 2021. On December 15, 2021, the Ninth Circuit Court of Appeals amended its Mandate to award additional attorneys' fees on appeal in the amount of $2,367,202.50 to the Law Offices of Stanley L. Friedman for the period of November 1, 2019, through April 16, 2021.

IN ACCORDANCE WITH THE FOREGOING, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Judgment is entered in favor of the Law Offices of Stanley L. Friedman and against Michelle Baass, Director of Department of Health Care Services of the State of California, in her official capacity only, in the sum of $10,562,879.70.

2. The Law Offices of Stanley L. Friedman is awarded post-judgment interest based on a post-judgment interest rate of 2.14%. 28 U.S.C. §1961.

Dated: June 7, 2022.

*Christina A. Snyder*
The Honorable Christina A. Snyder
United States District Court